UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                Plaintiff,

-against-

THE TREASURY,

                Defendant.

24-cv-10086 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 21, 2025, order, this action is dismissed without prejudice due to Plaintiff's failure to comply with the court's July 10, 2020 order in *Johnson*, 1:19-CV-7337.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 27, 2025
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                          Chief United States District Judge